<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-2214**

CASSIE V. MORTON,

        Plaintiff – Appellant,

    v.

SHEARER'S FOODS,

        Defendant - Appellee.

Appeal from the United States District Court for the Western District of Virginia, at Abingdon. Glen E. Conrad, Chief District Judge. (1:14-cv-00047-GEC-PMS)

Submitted: October 17, 2016      Decided: October 21, 2016

Before MOTZ, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Frederick T. Lowe, Tampa, Florida, for Appellant. W. Eric Baisden, Shannon M. Byrne, BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP, Cleveland, Ohio, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Cassie V. Morton appeals the district court's order granting defendant's motion for summary judgment in this action alleging retaliatory discharge under the Family Medical Leave Act. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Morton v. Shearer's Foods, No. 1:14-cv-00047-GEC-PMS (W.D. Va. Sept. 8, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED